IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MILLER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACT. NO. 1:22-cv-160-TFM-MU |
| | ) |
| KENNETH HORNBAKER, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Pending before the Court is *Plaintiff Motion to Dismiss* (Doc. 15, filed 3/21/23) in which Plaintiff seeks to dismiss all claims against Defendant without prejudice. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Fed. R. Civ. P. 41(a)(1) does not apply. FED. R. CIV. P. 41(a)(2). Plaintiff does not specify under which provision of Fed. R. Civ. P. 41(a) under which he makes the request.

Here, no answer or motion for summary judgment has been filed so the Court construes the motion as a notice filed pursuant to Rule 41(a)(1)(A)(i). Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(i), this action has been in accordance with Plaintiff's notice. Therefore, this case is dismissed without prejudice with each party to bear their own attorneys' fees and costs. [1]

The Clerk of the Court is **DIRECTED** to close this case.

---

[1] The Court notes it would have granted the same if require to review as a motion brought under Rule 41(a)(2).

**DONE** and **ORDERED** this 21st day of March, 2023.

                                       /s/ Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES DISTRICT JUDGE